IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01909-REB-KLM

JEFFREY KOENIG, and
RONALD KOENIG, JR.,

    Plaintiff(s),

v.

HARTFORD LIFE INSURANCE COMPANY,
VESTAR CAPITAL PARTNERS, and
VESTAR CAPITAL PARTNERS GROUP LIFE INSURANCE EMPLOYEE BENEFIT PLAN,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Motion to Permit Discovery [Docket No. 26; Filed December 14, 2007] ("Motion No. 26") and the parties' Stipulated Motion to Vacate March 10, 2008 Settlement Conference [Docket No. 48; Filed February 27, 2008] ("Motion No. 48"). Having been informed by the parties that they have reached a settlement on all remaining issues,

    IT IS HEREBY ORDERED that Motion No. 26 is **DENIED as moot.**

    IT IS HEREBY **ORDERED** that Motion No. 48 is **GRANTED**. The Settlement Conference set for March 10, 2008 at 1:30 pm. is **vacated**.

    IT IS FURTHER **ORDERED** that the parties shall file their Stipulation of Dismissal on or before **March 14, 2008**.

    Dated:       February 28, 2008