**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01909-REB-KLM

JEFFREY KOENIG, and
RONALD KOENIG, JR.,

    Plaintiffs,

v.

HARTFORD LIFE INSURANCE COMPANY,
VESTAR CAPITAL PARTNERS, and
VESTAR CAPITAL PARTNERS GROUP LIFE INSURANCE EMPLOYEE BENEFIT
PLAN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Joint Stipulation For Dismissal** [#55], filed March 28, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation For Dismissal** [#55], filed March 28, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for November 25, 2008, is **VACATED**;

3. That the trial to the court set to commence December 1, 2008, is **VACATED**;

and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated March 28, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**